**Order entered July 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00843-CV

### IN RE CHARLES MITCHELL, Relator

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-14792-C

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus as to the trial court and **DISMISS** the petition as to the court reporter. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MOLLY FRANCIS
           JUSTICE